108 P.3d 988

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| State v. Halsted | 26046 | 03/02/2005 | Affirmed |
| State v. Gallardo | 25345 | 03/10/2005 | Vacated & remanded |
| State v. Soderlund | 26250 | 03/10/2005 | Affirmed |
| Francis v. Francis | 25519 | 03/14/2005 | Affirmed in part & dismissed in part |
| Hutch v. State | 25461 | 03/18/2005 | Affirmed |
| Simcock v. Simcock | 25688 | 03/28/2005 | Vacated & remanded |
| Donnelly v. Donnelly | 25880 | 03/31/2005 | Vacated & remanded |